**Roger DAY, M.D., Appellant,**

**United States of America, Intervenor,**

v.

**State of MINNESOTA; Minnesota Board of Medical Practice; Steven J. Altchuler, M.D., PH.D.; Alfred V. Anderson, M.D., D.C.; Hilda Bettermann; Kelli Johnson; Jerry Kaplan; Ernest W. Lampe, II, M.D.; Allen**

Rasmussen; Kris Sanda; Carl S. Smith, M.D.; Jon V. Thomas, M.D.; James Langland, M.D.; Barbara Letourneau, M.D.; Bradley S. Johnson, M.D.; Rebecca Hafner, M.D., in their **personal capacities and in their official capacities as members of the Minnesota Board of Medical Practice, Appellees.**

No. 08–1205.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 22, 2009.

Filed: Nov. 5, 2009.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Roger J. Day, M.D., appeals the district court's [1] judgment dismissing his claims against Minnesota, the Minnesota Board of Medical Practice, and its members, arising out of their decision not to grant him an unrestricted medical license. Following careful review, we agree with district court that Day's discrimination and due process claims are barred by res judicata, *see St. Paul Fire and Marine Ins. Co. v. Compaq Computer Corp.*, 539 F.3d 809, 821 (8th Cir.2008) (law of forum that rendered first judgment controls res judicata analysis; Minnesota courts review application of res judicata de novo; setting forth res judicata criteria under Minnesota law), and we find no basis for reversal.[2] Accordingly, we affirm. *See* 8th Cir. R. 47B. Day's pending motion for oral argument is denied.

---

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

2. We decline to address the sovereign immunity issue raised in the intervenor's brief filed by the United States.